# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0001.  TODD M. O'BRIEN v. JENNIFER L. LEWIS.**

Appellant Todd M. O'Brien's Emergency Motion is DENIED.  Appellee's Motion for Sanctions, which was included in her response to the Appellant's Emergency Motion, is also DENIED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  07/26/2018*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*